UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY WRAY,

        Plaintiff,        Case no. 13-12322
                                  Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

       Before the court is Magistrate Judge Michael Hluchaniuk's report and recommendation, filed August 18, 2014. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

       IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                     s/John Corbett O'Meara
                                                   United States District Judge

Date: September 8, 2014

       I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 8, 2014, using the ECF system and/or ordinary mail.

                                                     s/William Barkholz
                                                   Case Manager